### 651.   HART *v.* THE STATE.

RUSSELL, J. No error of law is assigned; the evidence authorized the conviction of the defendant, and the trial judge did not err in overruling the motion for new trial, based solely upon the general grounds; for the reason that these grounds are insufficient to raise any question as to the admissibility of the evidence adduced upon the trial.

*Judgment affirmed.*

Indictment for selling liquor, from Walker superior court— Judge Wright. June 10, 1907.

Submitted October 7,—Decided May 18, 1908.

*Payne & Payne, Lumpkin & Wright, J. E. Rosser,* for plaintiff in error.

*W. H. Ennis, solicitor-general, Walter B. Shaw,* contra.